CJR/CF:USAO#2014R00468

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JUL 29 A 11: 31

CLERK'S OFFICE

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | CRIMINAL NO: |
| v. | * | |
| | * | (Conspiracy to Distribute and Possess |
| STEVEN ANDREW YOUNG | * | with Intent to Distribute Heroin, 21 |
| | * | U.S.C. § 846; Possession with Intent to |
| Defendant. | * | Distribute Heroin, 21 U.S.C. § 841; |
| | * | Maintaining A Drug Involved |
| | * | Premises; 21 U.S.C. § 856(a)(1);Felon in |
| | * | Possession of a Firearm, 18 U.S.C. § |
| | * | 922(g)(1); Forfeiture, 18 U.S.C. § |
| | * | 924(d); 28 U.S.C. § 2461(c)) |

\* \* \* \* \* \* \* \* \* \* \* \*

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

From in or about January, 2014, to May 2014, in the District of Maryland and elsewhere,

**STEVEN ANDREW YOUNG,**

the defendant herein, did knowingly, willfully and unlawfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code Section 841(a)(1).

21 U.S.C. § 846

1

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about May 23, 2014, in the State and District of Maryland,

**STEVEN ANDREW YOUNG,**

the defendant herein, did knowingly, intentionally and unlawfully possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)

## **COUNT THREE**

The Grand Jury for the District of Maryland further charges that:

On or about May 23, 2014, in the State and District of Maryland,

**STEVEN ANDREW YOUNG,**

the defendant herein, did knowingly, intentionally, and unlawfully use and maintain the premises at 4807 Greencrest Road, Baltimore, Maryland, for the purpose of manufacturing, distributing and using heroin, a Schedule I controlled substance.

21 U.S.C. § 856(a)(1)

## COUNT FOUR

The Grand Jury for the District of Maryland further charges that:

On or about May 23, 2014, in the State and District of Maryland,

**STEVEN ANDREW YOUNG,**

the defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce, a loaded Sig Sauer 9 mm semi-automatic handgun, serial # U461810.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to **STEVEN ANDREW YOUNG** that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count Four of this Indictment.

2. As a result of the offense alleged in Count Four of this Indictment, the defendant,

**STEVEN ANDREW YOUNG,**

shall forfeit to the United States the firearm and ammunition involved in the commission of the offenses, to wit: loaded Sig Sauer 9 mm semi-automatic handgun, serial # U461810.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_Rod J. Rosenstein_ (signature)
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURI SIGNATURE REDACTED**

Date: 7/29/14

5